UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:09-cr-161-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER MODIFYING RESTITUTION |
| ) | ORDER |
| WILLARD EDWARD WILSON ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court on the Government's Unopposed Motion to Alter Judgment as to Restitution (Doc. No. 17). The Government's Motion is GRANTED.

The Clerk is directed to AMEND Judgment in this case (Doc. No. 15) to finalize restitution as follows:

1) Defendant Willard Edward Wilson is ordered to pay restitution in the amount of $850,374.71 to FDIC as receiver for IndyMac Bank, P.O. Box 971774, Dallas, Texas, 75397-1774.

2) Defendant Willard Edward Wilson shall be held jointly and severally liable for restitution with defendants Troy Smith (3:08-cr-264), Drew Sharreff-el (3:10-cr-124), Todd Snead (3:10-cr-124), Vic Henson (3:10-cr-124), and Joseph Woods (3:10-cr-124).

IT IS SO ORDERED.                      Signed: May 13, 2011

Frank D. Whitney
United States District Judge