UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:09-cr-161

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| WILLARD EDWARD WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Within ninety (90) days of this Order, the UNITED STATES OF AMERICA is ordered to respond to Defendant's Motion for Relief from Restitution (Doc. No. 33).

IT IS SO ORDERED.

Signed: August 24, 2018

Frank D. Whitney
Chief United States District Judge